United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENGLIN ZHANG,<br>　　　　Plaintiff,<br>　　v.<br>AICEM GROUP, LLC, et al.,<br>　　　　Defendants. | Case No. 13-cv-01342-TEH<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

This case was reassigned to this Court following the filing of a report and recommendation by Magistrate Judge Kandis Westmore on January 28, 2014. Plaintiff served the report and recommendation on Defendants' representatives by mail on February 10, 2014. No objections to the report and recommendation have been received, and the period for filing such objections has now expired. *See* Fed. R. Civ. P. 72(b)(2) (allowing fourteen-day period after service for filing objections); Fed. R. Civ. P. 6(d) (allowing three additional days following service by mail).

The Court has reviewed the report and recommendation and the record in this case, and it accepts Judge Westmore's recommendations in their entirety. Judge Westmore recommended that judgment be granted in the amount of $354,048.26, Rep. & Rec. at 18, but she also recommended that Plaintiff be awarded interest "to capture any amounts that have accrued since the January 16, 2014 hearing date," *id.* at 16. Forty-nine days have passed since January 16, 2014, and Plaintiff is therefore entitled to an additional $3300.59 in interest. *See* Oct. 17, 2013 Ji Decl. ¶ 13 (calculating daily interest at $67.3589). This brings the total amount due to $357,348.85.

//
//
//
//

1  With good cause appearing, Petitioner's motion for default judgment is therefore
2  GRANTED against Defendants Aicem Group, LLC, and Wenly Group, LLC, jointly and
3  severally, in the amount of $357,348.85.  The Clerk shall enter judgment and close the file.
4
5  **IT IS SO ORDERED.**
6
7  Dated:   03/06/14                                             _____
                                                                 THELTON E. HENDERSON
8                                                                United States District Judge